

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00903-CV

**LIGHTNING OIL CO.**,
Appellant

v.

**ANADARKO E&P ONSHORE LLC** fka Anadarko E&P Company, LP,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

We withdraw our opinion and judgment of August 19, 2015, and substitute this opinion and judgment in their stead. *See* TEX. R. APP. P. 19.1. In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. We tax costs of this appeal against Appellant Lightning Oil Company.

SIGNED October 14, 2015.

_____
Patricia O. Alvarez, Justice